UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC POGUE,

      Plaintiff,                                          Case No. 24-11134

v.                                                        Hon. Linda V. Parker

OAKLAND UNIVERSITY,
and ASHLEY STONE, in her
official and individual capacity,

      Defendants.

_____

| AKEEL & VALENTINE, PLC | KIENBAUM HARDY |
|---|---|
| Shereef H. Akeel (P54345) | VIVIANO PELTON & FORREST, P.L.C. |
| Hasan Kaakarli (P81099) | Elizabeth Hardy (P37426) |
| Daniel W. Cermak (P84660) | David Porter (P76785) |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 888 W. Big Beaver Rd., Ste. 350 | 280 N. Old Woodward, Ste. 400 |
| Troy, MI 48084 | Birmingham, MI 48009 |
| (248) 269-9595 | (248) 645-0000 |
| shereef@akeelvalentine.com | ehardy@khvpf.com |
| hasan@akeelvalentine.com | dporter@khvpf.com |
| daniel@akeelvalentine.com | |

_____

**STIPULATED ORDER EXTENDING PAGE LIMITS AND RESPONSE
DEADLINE FOR SUMMARY JUDGMENT BRIEFING**

The parties having agreed to a mutual extension of the 25-page limit under L.R. 7.1(d) to ensure adequate but economical presentation of the facts and law concerning the claims and defenses at issue in the parties' summary judgment briefing and an extension of the time for Plaintiff to file a brief in response, IT IS ORDERED:

1. The page limit for the brief in support of any motion for summary judgment shall be 32 pages.

2. The page limit for a brief in response to a motion for summary judgment shall be 32 pages.

3. The page limit for a reply brief in support of any motion for summary judgment shall be 10 pages.

4. In the event Defendants file a motion for summary judgment on or before March 28, 2025, Plaintiff's deadline for filing a brief in response shall be April 25, 2025.

**SO ORDERED.**

                                              s/ Linda V. Parker
                                              LINDA V. PARKER
                                              U.S. DISTRICT JUDGE

Dated: March 24, 2025

2

Agreed to:

| | |
|---|---|
| AKEEL & VALENTINE, PLC | KIENBAUM HARDY VIVIANO PELTON & FORREST, P.L.C. |
| By: /s/ *Hasan Kaakarli* <br> Hasan Kaakarli (P81099) <br> Attorneys for Plaintiff <br> 888 W. Big Beaver Rd., Ste. 350 <br> Troy, MI 48084 <br> (248) 269-9595 <br> hasan@akeelvalentine.com | By: /s/ *David Porter* <br> David Porter (P76785) <br> Attorneys for Defendant <br> 280 N. Old Woodward Ave., Suite 400 <br> Birmingham, MI 48009 <br> (248) 645-0000 <br> dporter@khvpf.com |