UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Eric Pogue,

                Plaintiff(s),

v.                                          Case No. 2:24−cv−11134−LVP−KGA
                                          Hon. Linda V. Parker

Oakland University, et al.,

                Defendant(s),

## NOTICE OF DETERMINATION OF MOTION
## WITHOUT ORAL ARGUMENT

The following motion(s) have been filed:

      Motion to Compel – #20

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by Magistrate Judge Kimberly G. Altman **without** oral argument.

- RESPONSE DUE: April 4, 2025

Courtesy copies are not required.

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                          By: s/Drunetta J Jennings
                                                 Case Manager

Dated: March 28, 2025